ACCEPTED
01-15-00527-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/16/2015 3:48:14 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS

## FIRST JUDICIAL DISTRICT
## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

**No. 01-15-00527-CV**

11/16/2015 3:48:14 PM

CHRISTOPHER A. PRINE
Clerk

### EWB-I, LLC, Appellant

### vs.

### SHARPSTOWN MALL TEXAS, LLC, Appellee

**On Appeal from the 215th Judicial District Court
of Harris County, Texas, Cause No. 2010-71771**

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant EWB-I, LLC files this Motion for Extension of Time to File Appellant's Brief. Appellant's Brief is currently due on December 3, 2015. Appellant seeks an extension of time to and including January 15, 2016 in which to file Appellant's Brief. This is Appellant's first request for an extension, and it is unopposed.

The clerk's record was not filed in this case until November 3, 2015, and the record is voluminous. Before and since that time, Appellant's lead appellate counsel, Justin Waggoner, was required to devote substantially all of his time to trial preparation in a case styled Cause No. 2013-52205; *DDAB Interests, Inc. et al.*

535697.1

*v. Dresser-Rand Company, Dresser-Rand Group, Inc.*, in the 189th Judicial District Court of Harris County, Texas, which settled on the eve of its November 16, 2015 trial setting. Mr. Waggoner's trial preparation efforts have resulted in the deferral of work on other matters that will require a substantial amount of Mr. Waggoner's attention over the coming weeks. In light of Mr. Waggoner's conflicting engagements since the time period for preparation and filing of Appellant's briefing began to run, as well as the approach of the holidays, Appellant requests that its deadline to file Appellant's Brief be extended to January 15, 2016. This extension is not sought for delay only but so that justice may be done.

For the foregoing reasons, Appellant requests that the Court extend its deadline to file Appellant's Brief to January 15, 2016.

Respectfully submitted,

SMYSER KAPLAN & VESELKA, LLP

By: _____ */s/ Justin Waggoner* _____
   Justin Waggoner
   State Bar No. 24003122
   700 Louisiana, Suite 2300
   Houston, Texas 77002
   Telephone: (713) 221-2325
   Facsimile: (713) 221-2320
   jwaggoner@skv.com

535697.1

SIEGMYER, OSHMAN & BISSINGER LLP

> David K. Bissinger
> State Bar No. 00790311
> Gerald S. Siegmyer
> State Bar No. 18343300
> Jason E. Williams
> State Bar No. 24047113
> 2777 Allen Parkway, Tenth Floor
> Houston, Texas 77019
> Telephone: (713) 524-8811
> Facsimile: (713) 524-4102
> dbissinger@bizlawhouston.com
> gsiegmyer@bizlalwhouston.com
> jwilliams@bizlawhouston.com

> ATTORNEYS FOR PLAINTIFF
> EWB-I, LLC

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for Appellees and confirmed that the foregoing motion is unopposed.

*/s/ Justin Waggoner*
Justin Waggoner

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure on November 16, 2015.

*/s/ Justin Waggoner*
Justin M. Waggoner

3

535697.1